UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYLINIA JACKSON, on behalf of herself and all other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY BROKERAGE SERVICES LLC,<br><br>    Defendants. | ECF CASE<br><br>No. 1:25-cv-02952 |

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 6, 2025

Respectfully submitted,

*/s/ Jeffrey M. Gottlieb*
Michael A. Bollita (ML-9985)
Jeffrey M. Gottlieb (JG-7905)
Dana L. Gottlieb (DG-6151)
GOTTLIEB & ASSOCIATES PLLC
150 East 18th Street, Suite PHR
New York, New York 10003
Telephone: (212) 228-9795
Facsimile: (212) 982-6284
Jeffrey@Gottlieb.legal
Dana@Gottlieb.legal
Michael@Gottlieb.legal

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

*/s/ Jeffrey M. Gottlieb*
Jeffrey M. Gottlieb

2